Cite as 2025 Ark. App. 480

# ARKANSAS COURT OF APPEALS

DIVISION II
No. CR-25-33

|  |  |  |  |
|---|---|---|---|
| | | **Opinion Delivered** October 22, 2025 | |
| MICAH JACKSON | | | |
| | APPELLANT | APPEAL FROM THE CRAWFORD COUNTY CIRCUIT COURT | |
| V. | | [NO. 17CR-21-74] | |
| STATE OF ARKANSAS | | HONORABLE CANDICE A. | |
| | APPELLEE | SETTLE, JUDGE | |
| | | | |
| | | AFFIRMED | |

**N. MARK KLAPPENBACH, Chief Judge**

Micah Jackson appeals the order of the Crawford County Circuit Court revoking his suspended imposition of sentence (SIS). We affirm.

In December 2023, Jackson pleaded guilty to internet stalking of a child. Imposition of sentence was suspended for a period of eight years, and Jackson was ordered to register as a sex offender. In May 2024, the State filed a petition to revoke, alleging that Jackson had committed the new offense of failure to comply with sex-offender registration and reporting requirements. The petition also sought to revoke Jackson's SIS in a separate case, case number 17CR-22-581, in which he was given an eight-year SIS for the offense of failure to appear. Following an October 2024 revocation hearing, the circuit court revoked Jackson's

SIS in both cases.[1] Upon revoking his SIS for internet stalking of a child, the court sentenced Jackson to fifteen years' imprisonment and five years' SIS.

On appeal, Jackson has filed briefs with identical arguments in the companion appeals. Because the evidence and arguments are the same in both cases, we affirm the revocation for the reasons stated in *Jackson v. State*, 2025 Ark. App. 481 (CR-25-34).

Affirmed.

HARRISON and BROWN, JJ., agree.

*K. "Presley" Hager Turner*, for appellant.

*Tim Griffin*, Att'y Gen., by: *Jacob Jones*, Ass't Att'y Gen., for appellee.

---

[1]The appeal of Jackson's revocation in the failure-to-appear case is submitted as a companion appeal, CR-25-34, and decided this date.